| United States District Court | Southern District of Texas |
|---|---|

Frans Nooren Afdichingssytemen BV, et al., §
§
　　　　Plaintiffs, §
§
versus § Civil Action H-10-3150
§
Stopaq Amcorr Inc., et al., §
§
　　　　Defendants. §

# Final Judgment

Frans Nooren Afdichtingssystemen B.V. and Stopaq B.V. take nothing from Stopaq Amcorr Inc. and Dolphin Sealants, LLC.

Signed on January 4, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge

- 1 -