| United States District Court | Southern District of Texas |
|---|---|

Frans Nooren Afdichtingsstemen BV, et al., §
§
      Plaintiffs, §
§
versus §      Civil Action H-10-3150
§
Stopaq Amcorr Inc., et al., §
§
      Defendants. §

## Final Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on August 12, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge